**ROBERT T. EGLET, ESQ.**
Nevada Bar No. 3402
**ROBERT M. ADAMS, ESQ.**
Nevada Bar No. 6551
**ERICA D. ENTSMINGER, ESQ.**
Nevada Bar No. 7432
**EGLET PRINCE**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone:  (702) 450-5400
Facsimile:  (702) 450-5451
Email: eservice@egletwall.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA NG, individually and on behalf of all those similarly situated, MATTHEW VANNAH, AS TRUSTEE OF THE VANNAH CHILDREN'S 2012 IRREVOCABLE TRUST, individually and on behalf of all those similarly situated; GEORGE KLEANTHIS, individually and on behalf of all those similarly situated, ZANETTA KLEANTHIS, individually and on behalf of all those similarly situated, and ANDREW PLESE, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., a foreign corporation; MARK ZUCKERBERG, an individual, DAVID WEHNER, an individual, SHERYL SANDBERG, an individual, CHRISTOPHER COX, an individual, MICHAEL TODD SCHROEPFER, an individual, JASPAL ATHWAL, an individual, COLIN STRETCH, an individual, JAN KOUM, an individual, DAVID FISCHER, an individual, and DOES 1 though 20, inclusive.<br><br>    Defendants. | Case No.: 2:16-cv-02683-JCM-GWF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiffs, Jessica Ng, Matthew Vannah, As Trustee Of The Vannah Children's 2012 Irrevocable Trust, George Kleanthis, Zanetta Kleanthis, and Andrew Plese hereby voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

DATED this 16th day of March, 2017.

Respectfully submitted,

**EGLET PRINCE**

*/s/ Robert T. Eglet*
ROBERT T. EGLET, ESQ.
ROBERT M. ADAMS, ESQ.
ERICA D. ENTSMINGER, ESQ.
400 South Seventh Street, Box 1, Suite 400
Las Vegas, Nevada 89101